Steven E. Stern, Esq.
Law Offices of Steven E. Stern, LLC
Texas Bar# 24136431
2028 E Ben White Blvd #240-1650
Austin, TX 78741
Tel: 312-998-3151/FX: 630-364-5888
Stevensternlaw1@gmail.com

Attorney for Defendants,
INVESTMENT RETRIEVERS, INC.
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **DAKOTA SWIFT,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**INVESTMENT RETRIEVERS, INC. & TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA.**<br><br>    **Defendants.** | NO.  1:23-cv-1305<br><br>**<u>CORPORATE DISCLOSURE OF DEFENDANTS, INVESTMENT RETRIEVERS, INC.<br>& TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA</u>** |

   Defendant, INVESTMENT RETRIEVERS, INC. is a duly authorized California Corporation and is not a holding company or subsidiary of any other Company nor does it control any other Company or business concern.  Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, is a subsidiary of "The Travelers  Companies, Inc. "

                             Dated this 21st day of November 2023.

                    **LAW OFFICES OF STEVEN E. STERN, LLC**

1

By:  /s/ Steven E. Stern, Esq.
Steven E. Stern, Esq.

Filed this 21st day of November via
ECF and served via ECF to all parties
On the ECF notice list.

/s/ Steven E. Stern, Esq.
Attorney for Defendant,
Investment Retrievers, Inc.
Travelers Casualty And Surety Company of America